**Order filed June 24, 2021**



In The

# Eleventh Court of Appeals

_____

### Nos. 11-21-00082-CR, 11-21-00083-CR, 11-21-00084-CR, 11-21-00085-CR, & 11-21-00086-CR

_____

## YAHEL ELIYAH MCDANIEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause Nos. 25663, 25665, 25668, 25760, & 25960**

### O R D E R

Appellant, Yahel Eliyah McDaniel, has filed a motion to consolidate his appeals in this court. Appellant indicates in his motion that all five of his appeals arise from the same facts and circumstances and that he was convicted of all five on the same day. He also indicates that the State does not oppose the motion.

We grant Appellant's motion to consolidate his appeals. Accordingly, we consolidate our Cause Nos. 11-21-00083-CR, 11-21-00084-CR, 11-21-00085-CR, and 11-21-00086-CR into our Cause No. 11-21-00082-CR for all purposes. All future correspondence and filings related to the appeals from trial court cause nos. 25663, 25665, 25668, 25760, and 25960 should bear this court's docket number 11-21-00082-CR.

PER CURIAM

June 24, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.